# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

EUGENE R. MERRIMAN :
:
Plaintiff, :
: CIVIL ACTION NO:
vs. : 1:19-CV-3203-ELR
:
MIMEDX GROUP, INC., PARKER H. :
PETIT, and WILLIAM C. TAYLOR, :
:
Defendants. :

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

Plaintiff Eugene R. Merriman respectfully submits this Notice of Voluntary

Dismissal of this action without prejudice as to all Defendants. Plaintiff requests

that the Clerk of Court now close this case.

This 28th day of August, 2019.

By: s/ Michael B. Schoenfeld
Georgia Bar No. 863727
James D. Fagan, Jr.
Georgia Bar No. 253950
Stanford Fagan LLC
2540 Lakewood Avenue SW
Atlanta, GA 30315
(404) 622-0521, ext. 2244
michaels@sfglawyers.com
jfagan@sfglawyers.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, I submitted the foregoing

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** to the

Clerk of Court using the CM/ECF system, which will automatically send an email

notification of such filing to counsel of record for all Defendants:

Dan F. Laney, III
ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street NE
Atlanta, Georgia 30303
Phone: (404) 420-4623
Fax: (404) 230-0933
dlaney@rh-law.com
*Attorney for Defendants*
*Parker H. Petit & William C. Taylor*

William D. Weinreb (pro hac vice)
Michael Packard (pro hac vice)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
Fax: (617) 712-7200
billweinreb@quinnemanuel.com
michaelpackard@quinnemanuel.com
*Attorneys for Defendants*
*Parker H. Petit & William C. Taylor*

Benjamin I. Fink, Esq.
BERMAN FINK VAN HORN P.C.
3475 Piedmont Road, Suite 1100
Atlanta, GA 30305

2

Tel: (404) 261-7588
Fax: (404) 233-1943
bfink@bfvlaw.com
*Attorney for Defendant MiMedx Group, Inc.*

Scott D. Stein (pro hac vice)
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
Tel: (312) 853-7520
Fax: (312) 853-7036
sstein@sidley.com
*Attorney for Defendant MiMedx Group, Inc.*

By:    s/ Michael B. Schoenfeld